**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Golden Key Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4497472** |

4. **Debtor's address**

**Principal place of business**

**8400 Corporate Drive, Suite 300**
**Landover, MD 20785**
Number, Street, City, State & ZIP Code

**Prince Georges**
County

**Mailing address, if different from principal place of business**

**1850 Centennial Park Drive, Suite 200**
**Reston, VA 20191**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **https://www.goldenkeygroup.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Golden Key Group, LLC**                                    Case number (*if known*) _____
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5416_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Golden Key Group, LLC**                                    Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____

District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Golden Key Group, LLC**
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Golden Key Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2023**
_____
MM / DD / YYYY

**X** **/s/ Gretchen McCracken**
_____
Signature of authorized representative of debtor

**Gretchen McCracken**
_____
Printed name

Title    **CEO & Managing Partner**
_____

---

**18. Signature of attorney**

**X** **/s/ Paul Sweeney**
_____
Signature of attorney for debtor

Date    **January 20, 2023**
_____
MM / DD / YYYY

**Paul Sweeney 07072**
_____
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
_____
Firm name

**11825 West Market Place, 2nd Floor**
**Fulton, MD 20759**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(443) 569-5972**    Email address    **psweeney@yvslaw.com**

**07072 MD**
_____
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                      *

GOLDEN KEY GROUP, LLC                       *       Case No: 23-_____
                                                    (Chapter 11)
        Debtor                              *

    *       *       *       *       *       *       *       *       *       *       *       *

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Gretchen L. McCracken, declare under penalty of perjury that I am the managing member of Golden Key Group, LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the members of the Company, at a special meeting duly called and held on the 19th day of January 2023.

> Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

> Be It Therefore Resolved, that Gretchen L. McCracken, managing member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

> Be It Further Resolved, that Gretchen L. McCracken, managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

> Be It Further Resolved, that Gretchen L. McCracken, managing member of the Company, is authorized and directed to employ Paul Sweeney and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC to represent the Company in such bankruptcy case.

                        GOLDEN KEY GROUP, LLC

                        By:_____

                        Name:_____Gretchen L. McCracken_____

                        Title:_____Managing Member_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Golden Key Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Communication Technologies, Inc. c/o Edward J. Tolchin, Esquire Offit Kurman, P.A. 7501 Wisconsin Avenue, Suite 1000W Bethesda, MD 20814 | etolchin@offitkurman.com (240) 507-1769 | judgment | Disputed | | | **$8,703,823.63** |
| Manpower Group Public Sector, Inc. 6400 Arlington Boulevard, Suite 300 Falls Church, VA 22042 | Joseph Nesmith contracts@mpgpublicsector.com (703) 659-7328 | trade debt | | | | **$670,984.98** |
| Peraton Inc. 12975 Worldgate Drive Herndon, VA 20170-6008 | fmurtaza@peraton.com (571) 203-3111 | | | | | **$529,527.79** |
| KAA Federal Solutions 13800 Coppermine Road, 1st Floor Herndon, VA 20171 | wfleishman@kaafederal.com (703) 518-8828 | | | | | **$474,609.25** |
| CornerBrooke, LLC 4337 Marjoram Court Alexandria, VA 22310 | John Potts john.potts@cornerbrooke.com 703-967-8110 | trade debt | | | | **$437,701.66** |
| OBAN Corporation 8300 Boone Boulevard, Suite 500 Vienna, VA 22182 | Monica Zebold-Bell mzeboldbell@oban-corp.com (858) 945-7220 | trade debt | | | | **$289,132.95** |

Debtor    **Golden Key Group, LLC**                                    Case number *(if known)* _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lindholm & Associates, Inc. 1225 Hollidge Road Lusby, MD 20657** | **meganrose@lindholm-associates.com (202) 680-0780** | | | | | $214,500.40 |
| **CRS Commerce Center, LC CMC III Depository 1886 Metro Center Drive, Suite 400 Reston, VA 20190** | **703-230-1985** | rent (Reston) | | | | $168,310.76 |
| **SouthBank Legal 100 E Wayne Street, Suite 300 South Bend, IN 46601** | **David A. Temeles, Esquire fax 574-968-0761 (574) 968-0760** | legal fees | | | | $143,198.00 |
| **American Express Correspondence/Bankruptcy P. O. Box 981540 El Paso, TX 79998** | **amexsru@aexp.com 888-257-7775** | business credit card | | | | $133,303.24 |
| **Management Concepts, LLC 8230 Leesburg Pike, Suite 800 Vienna, VA 22182** | **billingdepartment @managementconcepts.com (703) 270-4078** | | | | | $111,618.00 |
| **Knowledge Bank, Inc. 107 Wirt Street, NW Leesburg, VA 20176** | **info@knowledgebank.us.com (703) 448-8070** | | | | | $100,899.74 |
| **M&T Bank Legal Document Processing 626 Commerce Drive Buffalo, NY 14228** | **camanagement@mtb.com** | line of credit | | | | $100,000.00 |
| **County of Fairfax 12099 Government Center Pkwy, 3rd Floor Fairfax, VA 22035** | **doffact@fairfaxcounty.gov (703) 324-3120** | | | | | $83,658.41 |
| **Snowbird Consulting Group 294 M Street, SW Washington, DC 20024** | **contact@snowbirdconsultinggroup.com 202-660-1151** | trade debt | | | | $52,275.40 |
| **Forty Au, LLC 4501 Charlotte Avenue P. O. Box 90124 Nashville, TN 37209** | **info@fortyau.com (833) 367-8940** | | | | | $51,997.50 |

Debtor    **Golden Key Group, LLC**
              Name                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sorrells Advisory Group, LLC 1105 Eventide Boulevard Wilmington, NC 28411** | **Daniel T. Sorrells** **dannytsorrells@yahoo.com** | **trade debt** | | | | **$49,875.00** |
| **Echo Origin, LLC 203 Harrison Street, Suite H Leesburg, VA 20175** | **lwillis@echoorigin.com 540-805-3900** | | | | | **$43,821.90** |
| **CJSeto Support Services, LLC 2300 Knoll Drive, Unit G Ventura, CA 93003** | **Kimberly Paurazas kimberly.paurazas @cjseto.com 812-606-8116** | **trade debt** | | | | **$43,237.71** |
| **Creative Thinking LLC 3279 Avenham Avenue SW Roanoke, VA 24014** | **patrick@creativethinkingllc.com (571) 225-8325** | **trade debt** | | | | **$39,587.33** |

# United States Bankruptcy Court
## District of Maryland

In re   **Golden Key Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce M. Tarpinian**<br>**4308 Expedition Way**<br>**Osprey, FL 34229** | | | **21.782178% membership interest** |
| **Gretchen L. McCracken**<br>**6403 Deepwood Farm Drive**<br>**Clifton, VA 20124** | | | **52.475248% membership interest** |
| **Valerie H. Langstaff**<br>**813 Concord Place**<br>**Lansdale, PA 19446** | | | **25.742574% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO & Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 20, 2023**

Signature   **/s/ Gretchen McCracken**
**Gretchen McCracken**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Maryland

In re   **Golden Key Group, LLC** _____   Case No. _____
                              Debtor(s)                    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX


I, the CEO & Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.




Date:   **January 20, 2023** _____        **/s/ Gretchen McCracken** _____
                                                    **Gretchen McCracken/CEO & Managing Partner**
                                                    Signer/Title

310 Technology, LLC
310 Skyland Drive
Bellbrook, OH 45305


A/R Funding, Inc.
126 Millport Circle, Suite 100
Greenville, SC 29607


A/R Funding, Inc.
344 Maple Avenue West, Suite 225
Vienna, VA 22180


Absolute Business Solutions Corporation
1660 International Drive, Suite 600
Mc Lean, VA 22102


ADP Screening & Selection Services
P. O. Box 842875
Boston, MA 02284-2875


ADP, Inc.
P. O. Box 842875
Boston, MA 02284


Aliniad Consulting Partners, Inc.
2284 Dunster Lane
Potomac, MD 20854


American Express
Correspondence/Bankruptcy
P. O. Box 981540
El Paso, TX 79998


Army National Guard
111 South George Mason Drive
Arlington, VA 22204

Aronson LLC
111 Rockville Pike, Suite 600
Rockville, MD 20850


Athena Technology Group - ATF
171 Elden Street, Suite 212
Herndon, VA 20170


BKM Consulting, LLC
8336 Loch Raven Boulevard
Towson, MD 21286-8227


Blackwell, Denise
7240 Park Height Avenue, Unit 210
Pikesville, MD 21208


BSREP II MD Office Executive Blvd. LLC
P. O. Box 76139
Baltimore, MD 21275-6120


Burn Bright, LLC
4900 Moorland Lane, Apt. 206
Bethesda, MD 20814


Buttrey, Kathleen Virginia
3279 Avenham Avenue SW
Roanoke, VA 24014


Cambridge Healthtech Institute
250 First Avenue, Suite 300
Needham, MA 02494


Carahsoft Technology Corp.
11493 Sunset Hills Road, Suite 100
Reston, VA 20190

CIT Bank, N.A.
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256


CJSeto Support Services, LLC
2300 Knoll Drive, Unit G
Ventura, CA 93003


Communication Technologies, Inc.
c/o Edward J. Tolchin, Esquire
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814


CornerBrooke, LLC
4337 Marjoram Court
Alexandria, VA 22310


County of Fairfax
12099 Government Center Pkwy, 3rd Floor
Fairfax, VA 22035


Creative Thinking LLC
3279 Avenham Avenue SW
Roanoke, VA 24014


CRS Commerce Center, LC
CMC III Depository
1886 Metro Center Drive, Suite 400
Reston, VA 20190


CRS Commerce Center, LC
Comstock Holding Companies, Inc.
Attn: Timothy Steffan, EVP
1900 Reston Metro Plaza, 10th Floor
Reston, VA 20190

CT Corporation System, as representative
330 N Brand Boulevard, Suite 700
Attn: SPRS
Glendale, CA 91203


Defense Intelligence Agency
Office of Corporate Communications
7400 Pentagon
Washington, DC 20301


Delaney, Thomas Kevin
11328 Willowbrook Drive
Potomac, MD 20854


Deltek
P. O. Box 79581
Baltimore, MD 21279-0581


Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE
Washington, DC 20528-0525


Donegan, Mari Catherine
1700 Sable Palm Lane
Jacksonville Beach, FL 32250


Drug Enforcement Administration
800 K Street NW, Suite 500
Washington, DC 20001


Echo Origin, LLC
203 Harrison Street, Suite H
Leesburg, VA 20175


Federal Management Partners
2900 South Quincy Street, Suite 200
Arlington, VA 22206

Federal Protective Service
301 7th Street SW # G217
Washington, DC 20407


Forty Au, LLC
4501 Charlotte Avenue
P. O. Box 90124
Nashville, TN 37209


Fraczkowski, Melissa A.
3200 River Drive Road
Sparrows Point, MD 21219


Gail, Judith
10071 Dorsey Lane
Lanham, MD 20706


Global Leadership Associates
41 Dukes Avenue
London UK W4 2AA


Guidehouse Inc.
1676 International Drive, Suite 800
VA 22012


iCIMS, Inc
101 Crawford Corner Road, Suite 3-100
Holmdel, NJ 07733


ICW Consulting Group, LLC
744 Clarendon Road
Penn Valley, PA 19072


Impact Talent Partners, LLC
27251 Wesley Chapel Boulevard, Suite 613
Wesley Chapel, FL 33544

Indoff Inc.
41 Dukes Avenue
Chiswick
London W4 2AA, UK


Innovative Outcomes Consulting Inc.
75 Riverside Lane
Berkeley Springs, WV 25411


Integral Development Network, LLC
10870 Sleeman Gulch
Lolo, MT 59847


J Shea Inc./Cheers in a Box
15120 Enterprise Court, Suite 102
Reston, VA 20191


Jones, Dorene Lynne
165 Broadway, Suite 2301
New York, NY 10006-1428


KAA Federal Solutions
13800 Coppermine Road, 1st Floor
Herndon, VA 20171


Kastle Systems, LLC
4848 Little Falls Road
Arlington, VA 22207


Knowledge Bank, Inc.
107 Wirt Street, NW
Leesburg, VA 20176


Leadership Connect, Inc.
1407 Broadway, Suite 318
New York, NY 10018

Libertas Funding LLC
411 West Putnam Avenue, Suite 220
Taftville, CT 06380


Lindholm & Associates, Inc.
1225 Hollidge Road
Lusby, MD 20657


M&T Bank
Legal Document Processing
626 Commerce Drive
Buffalo, NY 14228


M&T Bank
Attn: Bankruptcy
P. O. Box 844
Buffalo, NY 14240


Management Analysis Technologies, Inc.
30 Town & Country Drive, Suite 100
Fredericksburg, VA 22405-8722


Management Concepts, LLC
8230 Leesburg Pike, Suite 800
Vienna, VA 22182


Manpower Group Public Sector, Inc.
6400 Arlington Boulevard, Suite 300
Falls Church, VA 22042


McKisick, David William
10667 Brightman Boulevard, Apt. 2101
Jacksonville, FL 32246


Melissa Marshall Consulting, LLC
23158 Cannon Ridge Lane
Middleburg, VA 20117

Mercedes Benz Financial Services USA LLC
P. O. Box 997542
Sacramento, CA 95899


MG Independent Consulting
721 South 24th Street
Grand Forks, ND 58201


Molden, Charles
33219 Puffin Street
Temecula, CA 92592


Moss, Michelle L.
407 Ashby Street
SC 29486


Muccio, Aida M.
407 Ashby Street
Summerville, SC 29486


National Institutes of Health
10 Center Drive
Bethesda, MD 20814


NeuroLeadership Institute, Inc.
165 Broadway, Suite 2301
New York, NY 10006-1428


OBAN Corporation
8300 Boone Boulevard, Suite 500
Vienna, VA 22182


ParkX Management
1900 Reston Metro Plaza, 10th Floor
Fairfax, VA 22030

Patricia Day Williams & Associates, LLC
222 North Valley Road
Amherst, MA 01002


PDC Metro East
c/o Edge Commercial Real Estate
2273 Research Boulevard, Suite 150
Rockville, MD 20850


Peraton Inc.
12975 Worldgate Drive
Herndon, VA 20170-6008


Prince George's County Maryland
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 1100
Largo, MD 20774


Propaganda3
519 Avenida Cesar E. Chavez
Kansas City, MO 64108


Quadient, Inc.
478 Wheelers Farms Road
Milford, CT 06461


Rick Huntley Consulting, LLC
3612 Wright Terrace NE
Washington, DC 20018


Robert B. "Abe" Abrams, LLC
14601 Francis Road
Liberty, MO 64068


Rudolph Supply
6610 Amberton Drive, Suite 400
Elkridge, MD 21075

Schultheis, Nicole
64 Bryans Mill Way
Catonsville, MD 21228


SDL Consulting
8280 Willow Oaks Corporate Drive Suite 6
Fairfax, VA 22031


Serco, Inc.
12930 Worldgate Drive, Suite 600
Herndon, VA 20170-6027


Snowbird Consulting Group
294 M Street, SW
Washington, DC 20024


Sorrells Advisory Group, LLC
1105 Eventide Boulevard
Wilmington, NC 28411


SouthBank Legal
100 E Wayne Street, Suite 300
South Bend, IN 46601


State of New Jersey
Division of Employer Accounts
P. O. Box 929
Trenton, NJ 08646-0929


Stonecroft Place LLC
3074 Centreville Road, Suite 100
Herndon, VA 20171


TechnoMile, LLC
1861 International Drive, Suite 270
Mc Lean, VA 22102

The Clearing, Inc.
1250 Connecticut Avenue NW, Suite 625
Washington, DC 20036


The Infosoft Group LLC dba Circa
1000 North Water Street, Suite 1200
Milwaukee, WI 53202


Thompson & Co. Consulting
5426 Bass Place, SE
Washington, DC 20019


Towe, Virginia M.
337 Anniston Drive
Point Pleasant, WV 25550


U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230


U.S. Department of Defense
1100 Defense Pentagon
Washington, DC 20301-1100


U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Department of State
2201 C Street, NW
Washington, DC 20520


U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

US Agency for International Development
1300 Pennsylvania Avenue, NW
Washington, DC 20523


US DoHHS - National Institute of Health
2115 East Jefferson Street
MSC 8500 Suite 4B432
Bethesda, MD 20892-8500


Vista Development
RE/MAX Executive Group, Inc.
Attn: Jeanne Brashear
100 Chase Way, Suite 1
Elizabethtown, KY 42701

# United States Bankruptcy Court
### District of Maryland

In re **Golden Key Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Golden Key Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 20, 2023**

Date

**/s/ Paul Sweeney**

**Paul Sweeney 07072**

Signature of Attorney or Litigant
Counsel for **Golden Key Group, LLC**
**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
**11825 West Market Place, 2nd Floor**
**Fulton, MD 20759**
**(443) 569-5972 Fax:(410) 571-2798**
**psweeney@yvslaw.com**