Fill in this information to identify the case:

Debtor name: **Golden Key Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): **23-10414-MCR**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Communication Technologies, Inc. c/o Edward J. Tolchin, Esquire Offit Kurman, P.A. 7501 Wisconsin Avenue, Suite 1000W Bethesda, MD 20814 | etolchin@offitkurman.com (240) 507-1769 | judgment | Disputed | | | $8,703,823.63 |
| Manpower Group Public Sector, Inc. 6400 Arlington Boulevard, Suite 300 Falls Church, VA 22042 | Joseph Nesmith contracts@mpgpublicsector.com (703) 659-7328 | trade debt | | | | $670,984.98 |
| Libertas Funding LLC 411 West Putnam Avenue, Suite 220 Taftville, CT 06380 | Jeffrey S. Cianciulli, Esquire jcianciulli@wgpllp.com (215) 241-7740 | accounts receivable funding | Disputed | | | $621,964.80 |
| Peraton Inc. 1875 Explorer Street Reston, VA 20190 | fmurtaza@peraton.com (571) 203-3111 | | | | | $529,527.79 |
| KAA Federal Solutions 13800 Coppermine Road, 1st Floor Herndon, VA 20171 | wfleishman@kaafederal.com (703) 518-8828 | | | | | $474,609.25 |
| CornerBrooke, LLC Attn:  John A. Potts P. O. Box 7183 Arlington, VA 22207 | John Potts john.potts@cornerbrooke.com 703-967-8110 | trade debt | | | | $437,701.66 |

Debtor **Golden Key Group, LLC**
Name

Case number *(if known)* **23-10414-MCR**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OBAN Corporation**<br>8300 Boone Boulevard, Suite 500<br>Vienna, VA 22182 | **Monica Zebold-Bell**<br>mzeboldbell@oban-corp.com<br>(858) 945-7220 | trade debt | | | | $289,132.95 |
| **Lindholm & Associates, Inc.**<br>1225 Hollidge Road<br>Lusby, MD 20657-2682 | meganrose@lindholm-associates.com<br>(202) 680-0780 | | | | | $214,500.40 |
| **CRS Commerce Center, LC**<br>**CMC III Depository**<br>1886 Metro Center Drive, Suite 400<br>Reston, VA 20190 | 703-230-1985 | rent (Reston) | | | | $168,310.76 |
| **SouthBank Legal**<br>100 E Wayne Street, Suite 300<br>South Bend, IN 46601 | **David A. Temeles, Esquire**<br>fax 574-968-0761<br>(574) 968-0760 | legal fees | | | | $143,198.00 |
| **American Express Correspondence/Bankruptcy**<br>P. O. Box 981540<br>El Paso, TX 79998 | amexsru@aexp.com<br>888-257-7775 | business credit card | | | | $133,303.24 |
| **Management Concepts, LLC**<br>8230 Leesburg Pike, Suite 800<br>Vienna, VA 22182 | billingdepartment@managementconcepts.com<br>(703) 270-4078 | | | | | $111,618.00 |
| **Knowledge Bank, Inc.**<br>107 Wirt Street, NW<br>Leesburg, VA 20176 | info@knowledgebank.us.com<br>(703) 448-8070 | | | | | $100,899.74 |
| **M&T Bank**<br>Legal Document Processing<br>626 Commerce Drive<br>Amherst, NY 14228-2307 | camanagement@mtb.com | line of credit | | | | $100,000.00 |
| **County of Fairfax**<br>12099 Government Center Pkwy, 3rd Floor<br>Fairfax, VA 22035 | doffact@fairfaxcounty.gov<br>(703) 324-3120 | | | | | $83,658.41 |
| **Snowbird Consulting Group**<br>294 M Street, SW<br>Washington, DC 20024 | contact@snowbirdconsultinggroup.com<br>202-660-1151 | trade debt | | | | $52,275.40 |

Debtor **Golden Key Group, LLC**  
Name

Case number *(if known)* **23-10414-MCR**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forty Au, LLC**<br>**4501 Charlotte Avenue**<br>**P. O. Box 90124**<br>**Nashville, TN 37209** | info@fortyau.com<br>(833) 367-8940 | | | | | $51,997.50 |
| **Sorrells Advisory Group, LLC**<br>**1105 Eventide Boulevard**<br>**Wilmington, NC 28411** | Daniel T. Sorrells<br><br>dannytsorrells@yahoo.com | trade debt | | | | $49,875.00 |
| **Echo Origin, LLC**<br>**203 Harrison Street SE, Suite H**<br>**Leesburg, VA 20175-3756** | lwillis@echoorigin.com<br>540-805-3900 | | | | | $43,821.90 |
| **CJSeto Support Services, LLC**<br>**2300 Knoll Drive, Unit G**<br>**Ventura, CA 93003** | Kimberly Paurazas<br><br>kimberly.paurazas@cjseto.com<br>812-606-8116 | trade debt | | | | $43,237.71 |

**Fill in this information to identify the case:**

Debtor name: **Golden Key Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): **23-10414-MCR**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 6, 2023**     X **/s/ Gretchen McCracken**
                                          Signature of individual signing on behalf of debtor

                                          **Gretchen McCracken**
                                          Printed name

                                          **CEO & Managing Partner**
                                          Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| GOLDEN KEY GROUP, LLC | * | Case No: 23-10414-MCR |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2023, notice of filing the Debtor's Amended List of Creditors Who Have the 20 Largest Unsecured Claims (the "Amended List") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and a copy of the Amended List was sent by electronic mail to the parties so identified on the attached service list.

/s/ Paul Sweeney
Paul Sweeney, 07072
YVS Law, LLC
11825 West Market Place, Suite 200
Fulton, Maryland  20759
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtor

**The following parties received
a copy of the filing by e-mail:**

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Gordon W. Farr, Executive Vice President
Business Development
(gfarr@arfunding.com)
Associated Receivables Funding, Inc.
126 Millport Circle
Greenville, South Carolina  29607

Jessica Patrovic
(jessica.patrovic@libertasfunding.com)
Libertas Funding LLC
411 West Putnam Avenue, Suite 220
Greenwich, Connecticut  06830

Janet M. Nesse, Esquire
(jnesse@mhlawyers.com)
Counsel for Lindholm & Associates
McNamee Hosea Jernigan Kim Greenan
& Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770

Kevin M. O'Donnell, Esquire
(kmo@henrylaw.com)
Counsel for Strategic Consulting Team
Henry & O'Donnell, P.C.
300 North Washington Street, Suite 204
Alexandria, Virginia  22314

Patricia B. Jefferson, Esquire
(pjefferson@milesstockbridge.com)
Counsel for AR Funding
Miles & Stockbridge P.C.
10 Light Street, 10th Floor
Baltimore, Maryland  21202

Jeffrey S. Cianciulli, Esquire
(jcianciulli@wgpllp.com)
Counsel for Libertas Funding
Weir Greenblatt Pierce LLP
1339 Chestnut Street, Suite 500
Philadelphia, Pennsylvania  19107

Samuel C. Wisotzkey, Esquire
(swisotzkey@kmksc.com)
Counsel for Manpower Group
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin  53212

Megan Rose
Lindholm & Associates, Inc.
1225 Hollidge Road
Lusby, Maryland  20657
meganrose@lindholm-associates.com

Justin P. Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for Lindholm & Associates
McNamee Hosea Jernigan Kim Greenan
& Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770

Kevin C. Gilbert, Executive Vice President
Credit Administration
(kgilbert@arfunding.com)
Associated Receivables Funding, Inc.
126 Millport Circle
Greenville, South Carolina  29607

Randy Saluck, Chief Executive Officer
(randy.saluck@libertasfunding.com)
Libertas Funding LLC
411 West Putnam Avenue, Suite 220
Greenwich, Connecticut  06830

Stephen K. Gallagher, Esquire
(skgallagher@venable.com)
Counsel for Peraton Inc.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Tysons, Virginia  22182

Jeffrey M. Orenstein, Esquire
(jorenstein@wolawgroup.com)
Counsel for Communication Technologies
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850

**The following parties received
CM/ECF notice of the filing:**

J. Zachary Balasko, Esquire
(john.z.balasko@usdoj.gov)
U.S. Department of Justice, Civil Division
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875

Stephen K. Gallagher, Esquire
(skgallagher@venable.com)
Counsel for Peraton Inc.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Tysons, Virginia  22182

Nicole C. Kenworthy, Esquire
(bdept@mrrlaw.net)
Counsel for Prince George's County
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland  20737-1385

Emily Devan, Esquire
(edevan@milesstockbridge.com)
Counsel for AR Funding
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland  21202

Peggy H Goodman, Esquire
(peggy.goodman@maryland.gov)
Maryland Department of Labor
Legal Services and Collection
1100 North Eutaw Street, Room 401
Baltimore, Maryland  21201

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Tiffany S. Franc, Esquire
(tfranc@yvslaw.com)
Counsel for Debtor
YVS Law, LLC
11825 West Market Place, Suite 200
Fulton, Maryland  20759

Patricia B. Jefferson, Esquire
(pjefferson@milesstockbridge.com)
Counsel for AR Funding
Miles & Stockbridge P.C.
10 Light Street, 10th Floor
Baltimore, Maryland  21202

Janet M. Nesse, Esquire
(jnesse@mhlawyers.com)
Counsel for Lindholm & Associates
McNamee Hosea Jernigan Kim Greenan
& Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770

| | | |
|---|---|---|
| Jeffrey M. Orenstein, Esquire<br>(jorenstein@wolawgroup.com)<br>Counsel for Communication Technologies<br>Wolff, & Orenstein, LLC<br>15245 Shady Grove Road<br>North Lobby, Suite 465<br>Rockville, Maryland 20850 | Paul Sweeney, Esquire<br>(psweeney@yvslaw.com)<br>Counsel for Debtor<br>YVS Law, LLC<br>11825 West Market Place, Suite 200<br>Fulton, Maryland 20759 | US Trustee – Greenbelt<br>(ustpregion04.gb.ecf@usdoj.gov)<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770 |