**Fill in this information to identify the case:**

Debtor name **Golden Key Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) **23-10414-MCR**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $ _____2,530,046.70

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................   $ _____2,530,046.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____1,692,141.06

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____79,505.78

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____14,099,996.70

4.   Total liabilities ............................................................................................
    Lines 2 + 3a + 3b   $ _____15,871,643.54

**Fill in this information to identify the case:**

Debtor name  **Golden Key Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **23-10414-MCR**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **checking** | **8318** | **$17,958.31** |
| 3.2. | **M&T Bank** | **checking** | **7151** | **$3,664.00** |
| 3.3. | **M&T Bank** | **money market** | **2419** | **$11,413.17** |
| 3.4. | **M&T Bank** | **money market** | **2907** | **$2,490.36** |
| 3.5. | **Bank of Clarke County** | **business checking** | **1466** | **$5,652.61** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $41,178.45

**Part 2:  Deposits and Prepayments**

Debtor  **Golden Key Group, LLC**
Name                    Case number *(If known)*  **23-10414-MCR**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **JBG Smith security deposit** | $37,921.42 |
| 7.2. | **Vista Development deposit** | $3,200.00 |
| 7.3. | **CESC Commerce Executive Park LLC security deposit** | $23,299.24 |
| 7.4. | **Centennial Park Expansion security deposit** | $33,336.00 |
| 7.5. | **Downpayment on vehicle lease** | $3,763.81 |
| 7.6. | **PDC Metro East deposit** | $39,555.93 |
| 7.7. | **Stonecroft LLC deposit** | $1,200.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Indeed (as of 12/31/22)** | $458.93 |
| 8.2. | **Mural (as of 12/31/22)** | $299.70 |
| 8.3. | **Progressive professional liability insurance for 2023** | $3,463.13 |
| 8.4. | **Progressive excess liability premium for 2023** | $2,659.15 |
| 8.5. | **Adobe (as of 12/31/22)** | $16,460.72 |

Debtor **Golden Key Group, LLC**
Name

Case number *(If known)* **23-10414-MCR**

| | | |
|---|---|---|
| 8.6. | Articulate Global (as of 12/31/22) | $8,160.84 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$173,778.87

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 2,237,037.88 | - | 0.00 | = .... | $2,237,037.88 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 111,961.13 | - | 35,597.07 | = .... | $76,364.06 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,313,401.94

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  **Golden Key Group, LLC**                                    Case number *(If known)* **23-10414-MCR**
          Name

| | | | |
|---|---|---|---|
| **Office furniture (desks, chairs, filing cabinets, storage shelves) (see attached fixed asset schedule)** | $727,571.44 | 7 years GAAP | Unknown |
| 40. **Office fixtures** **Leasehold improvements (see attached fixed asset schedule)** | $425,028.48 | 7 years GAAP | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office supplies** | $0.00 | | $1,000.00 |
| **Office equipment (laptops, monitors, televisions, docking stations, keyboards and mouse) (see attached fixed asset schedule)** | $105,838.73 | 3 years GAAP | Unknown |
| **Leased printers and copiers (Landover and Reston offices)** | $57,939.13 | right of use | Unknown |
| **Computer software (see attached fixed asset schedule)** | $6,711.87 | 3 years GAAP | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| $1,000.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased vehicle - 2020 Mercedes-Benz S560** | $0.00 | right of use | Unknown |

Debtor **Golden Key Group, LLC**                    Case number *(If known)* **23-10414-MCR**
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**                                                                                         $0.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Leased office space at 8400 Corporate Drive, Suite 300, Landover, MD** | office lease | $0.00 | | $0.00 |
| 55.2. **Leased office space at 1850 Centennial Park Drive, Suite 200, Reston, VA** | office lease | $0.00 | | $0.00 |
| 55.3. **Leased office space at 100 Vineland Centre Drive, Suites 8 and 9, Vine Grove, KY** | office lease | $0.00 | | $0.00 |
| 55.4. **Leased office space at 4805 Stonecroft Boulevard, Chantilly, VA** | office lease | $0.00 | | $0.00 |

Debtor    **Golden Key Group, LLC**                                Case number *(If known)* **23-10414-MCR**
          Name

| | | | | |
|---|---|---|---|---|
| 55.5. | **Leased office space at 6110 Executive Boulevard, Suite 207, Rockville, MD** | office lease | $0.00 | $0.00 |

56. **Total of Part 9.**                                                                    $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents and trademarks (Golden Key, Virtual Talent on Demand) (net value as of 10/31/22)** | $687.44 | | $687.44 |
| 61. **Internet domain names and websites** Internet domain | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** Goodwill | Unknown | | Unknown |

66. **Total of Part 10.**                                                                    $687.44

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor   **Golden Key Group, LLC**                                        Case number *(If known)*  **23-10414-MCR**
_____Name_____

☐ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
**Key-man life insurance policy on Gretchen McCracken
($1,000,000)**                                                                        Unknown

**Key-man life insurance policy on Larry McCracken
($500,000)**                                                                           Unknown

74.   **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Classification and distribution of retained earnings
under review**                                                                        Unknown

78.   **Total of Part 11.**                                                              $0.00
Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Golden Key Group, LLC**                     Case number *(If known)*  **23-10414-MCR**
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,178.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $173,778.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,313,401.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $687.44 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,530,046.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,530,046.70 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Golden Key Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **23-10414-MCR**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1**   **A/R Funding, Inc.**
Creditor's Name

**126 Millport Circle, Suite 100**
**Greenville, SC 29607**
Creditor's mailing address

**smoses@arfunding.com**
Creditor's email address, if known

Date debt was incurred
**7/13/22**
Last 4 digits of account number
**2420**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**A/R funding (MAT, Inc., Analytical Servces and DOC customer invoices) (liability $1,653,823.08 minus retention reserve $185,236.39, net owed $1,468,586.69)**

Describe the lien
**UCC financing statement filed 6/1/07, continuation filed 12/9/21**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **$1,653,823.08** | **Unknown** |

---

**2.2**   **CIT Bank, N.A.**
Creditor's Name

**10201 Centurion Parkway North, Suite 100**
**Jacksonville, FL 32256**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/17/19**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Leased printers and copiers (Landover and Reston offices)**

Describe the lien
**UCC financing statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $38,317.98 | Unknown |

---

Debtor    **Golden Key Group, LLC**
_____    Case number (if known)    **23-10414-MCR**
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,692,141.06** |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **A/R Funding, Inc.** **344 Maple Avenue West, Suite 225** **Vienna, VA 22180** | Line __2.1__ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Golden Key Group, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-10414-MCR</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**County of Fairfax**<br>**12099 Government Center Pkwy,**<br>**3rd Floor**<br>**Fairfax, VA 22035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69,715.34 | $69,715.34 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**business license tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Prince George's County Maryland**<br>**Wayne K. Curry Administration**<br>**Building**<br>**1301 McCormick Drive, Suite 1100**<br>**Largo, MD 20774** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,790.44 | $9,790.44 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**personal property tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Golden Key Group, LLC**                                   Case number (*if known*)    **23-10414-MCR**
          _____
          Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,898.24 |
|---|---|---|---|

**310 Technology, LLC**
**310 Skyland Drive**
**Bellbrook, OH 45305**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,537.68 |
|---|---|---|---|

**Absolute Business Solutions Corporation**
**1660 International Drive, Suite 600**
**Mc Lean, VA 22102**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $210.68 |
|---|---|---|---|

**ADP Screening & Selection Services**
**P. O. Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,008.03 |
|---|---|---|---|

**ADP, Inc.**
**P. O. Box 842875**
**Boston, MA 02284**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  payroll services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,455.50 |
|---|---|---|---|

**Akin Gump Strauss Hauer & Feld LLP**
**2001 K Street N.W.**
**Washington, DC 20006-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  legal services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,516.17 |
|---|---|---|---|

**Aliniad Consulting Partners, Inc.**
**2284 Dunster Lane**
**Potomac, MD 20854**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  consulting

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $137,087.47 |
|---|---|---|---|

**American Express**
**Correspondence/Bankruptcy**
**P. O. Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1007**

**Basis for the claim:**  business credit card

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Golden Key Group, LLC**                                   Case number *(if known)*  **23-10414-MCR**
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,024.00** |
|---|---|---|---|

**APFS Staffing Inc. Addison Group**
**7076 Solutions Center**
**Chicago, IL 60677-7000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,770.72** |
|---|---|---|---|

**Aquila Federal Solutions LLC**
 **321 North Front Street, Suite 311**
**Wilmington, NC 28401-3908**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Aronson LLC**
**111 Rockville Pike, Suite 600**
**Rockville, MD 20850**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  audit services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,085.44** |
|---|---|---|---|

**Athena Technology Group**
**171 Elden Street, Suite 212**
**Herndon, VA 20170**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BKM Consulting, LLC**
**8336 Loch Raven Boulevard**
**Towson, MD 21286-8227**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  consulting

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Blackwell, Denise**
**7240 Park Height Avenue, Unit 210**
**Pikesville, MD 21208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,383.27** |
|---|---|---|---|

**Brown, Richard**
**1174 Bandy Run Road**
**Herndon, VA 20170**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  obligation for reimbursement of business expenses

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Golden Key Group, LLC**
_____
Name

Case number *(if known)*  **23-10414-MCR**

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BSREP II MD Office Executive Blvd. LLC**
**P. O. Box 76139**
**Baltimore, MD 21275-6120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  rent (Rockville)

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burn Bright, LLC**
**4900 Moorland Lane, Apt. 206**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Buttrey, Kathleen Virginia**
**5516 Desert Valley Drive**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  subcontractor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Cambridge Healthtech Institute**
**250 First Avenue, Suite 300**
**Needham, MA 02494**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.01** |
|---|---|---|---|

**Capitol Office Solutions LLC**
**P. O. Box 936702**
**Atlanta, GA 31193-6702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,223.21** |
|---|---|---|---|

**Carahsoft Technology Corp.**
**11493 Sunset Hills Road, Suite 100**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chtd Company**
**P. O. Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred  3/6/18

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UCC-1 on all of Debtor's assets (expires March 2023)

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Golden Key Group, LLC** | | Case number *(if known)* | **23-10414-MCR** |
|---|---|---|---|---|

Name

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,723.89** |
|---|---|---|---|

**Chubb**
**P. O. Box 382001**
**Pittsburgh, PA 15250**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>workers' compensation insurance</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.66** |
|---|---|---|---|

**City of Vine Grove**
**300 West Main Street**
**Vine Grove, KY 40175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>business license</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,237.71** |
|---|---|---|---|

**CJSeto Support Services, LLC**
**2300 Knoll Drive, Unit G**
**Ventura, CA 93003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>trade debt</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.25** |
|---|---|---|---|

**Comcast Cable Communications, LLC**
**Attention: Law Department-Bankruptcy**
**One Comcast Center**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>utility</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,703,823.63** |
|---|---|---|---|

**Communication Technologies, Inc.**
**11710 Plaza America Drive, Suite 2000**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  <u>9/14/22</u>

Last 4 digits of account number _

**Basis for the claim:**  <u>judgment</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469,198.14** |
|---|---|---|---|

**CornerBrooke, LLC**
**Attn:  John A. Potts**
**P. O. Box 7183**
**Arlington, VA 22207**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>trade debt</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,587.33** |
|---|---|---|---|

**Creative Thinking LLC**
**3279 Avenham Avenue SW**
**Roanoke, VA 24014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  <u>trade debt</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Golden Key Group, LLC**
Name

Case number (if known) **23-10414-MCR**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,806.75 |
|---|---|---|---|

**CRS Commerce Center, LC**
**CMC III Depository**
**1886 Metro Center Drive, Suite 400**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _rent (Reston)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CT Corporation System, as representative**
**330 N Brand Boulevard, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _6/1/22_

**Basis for the claim:** __UCC-1 on assets and property of the seller of receivables__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CT Corporation System, as representative**
**330 N Brand Boulevard, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _10/7/22_

**Basis for the claim:** __UCC-1 on accounts receivable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.27 |
|---|---|---|---|

**Datawatch Systems, Inc.**
**P. O. Box 79845**
**Baltimore, MD 21279-0845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**Delaney, Thomas Kevin**
**11328 Willowbrook Drive**
**Potomac, MD 20854**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deltek**
**P. O. Box 79581**
**Baltimore, MD 21279-0581**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,380.00 |
|---|---|---|---|

**Donegan, Mari Catherine**
**1700 Sable Palm Lane**
**Jacksonville Beach, FL 32250**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Golden Key Group, LLC**
Name

Case number (if known) **23-10414-MCR**

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,821.90 |
|---|---|---|---|
| | **Echo Origin, LLC**<br>**203 Harrison Street SE, Suite H**<br>**Leesburg, VA 20175-3756** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,691.89 |
|---|---|---|---|
| | **Federal Management Partners**<br>**2900 South Quincy Street, Suite 200**<br>**Arlington, VA 22206** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Fidelis Investigations & Consulting, LLC**<br>**6776 Rumine Circle**<br>**Vero Beach, FL 32967** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,997.50 |
|---|---|---|---|
| | **Forty Au, LLC**<br>**4501 Charlotte Avenue**<br>**P. O. Box 90124**<br>**Nashville, TN 37209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.10 |
|---|---|---|---|
| | **Fowler, Jeffrey L.**<br>**15804 Bethpage Lane**<br>**Haymarket, VA 20169** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **obligation for reimbursement of business expenses**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.51 |
|---|---|---|---|
| | **Fowler, Lynsee**<br>**6690 Hillandale Road**<br>**Chevy Chase, MD 20815** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **obligation for reimbursement of business expenses**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Fraczkowski, Melissa A.**<br>**3200 River Drive Road**<br>**Sparrows Point, MD 21219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor **Golden Key Group, LLC**
_____
Name

Case number (*if known*) **23-10414-MCR**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Gail, Judith**
**10071 Dorsey Lane**
**Lanham, MD 20706**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**Ginley, Sharon**
**19240 Foggy Bottom Road**
**Bluemont, VA 20135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **obligation for reimbursement of business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,466.00** |

**Global Leadership Associates**
**41 Dukes Avenue**
**London UK W4 2AA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,298.34** |

**Guidehouse Inc.**
**1676 International Drive, Suite 800**
**McLean, VA 22102**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,354.68** |

**iCIMS, Inc**
**101 Crawford Corner Road, Suite 3-100**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.90** |

**ICW Consulting Group, LLC**
**744 Clarendon Road**
**Penn Valley, PA 19072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,190.00** |

**Impact Talent Partners, LLC**
**27251 Wesley Chapel Boulevard, Suite 613**
**Wesley Chapel, FL 33544**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Key Group, LLC** | | Case number *(if known)* | **23-10414-MCR** |
|---|---|---|---|---|

Name

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,480.02** |
|---|---|---|---|

**Indoff Inc.**
P. O. Box 842808
Kansas City, MO 64184-2808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.30** |
|---|---|---|---|

**Innovative Outcomes Consulting Inc.**
75 Riverside Lane
Berkeley Springs, WV 25411

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Integral Development Network, LLC**
10870 Sleeman Gulch
Lolo, MT 59847

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432.16** |
|---|---|---|---|

**J Shea Inc./Cheers in a Box**
15120 Enterprise Court, Suite 102
Reston, VA 20191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,647.50** |
|---|---|---|---|

**Jones, Dorene Lynne**
6906 Wade Avenue
Clinton, MD 20735

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$545,370.85** |
|---|---|---|---|

**KAA Federal Solutions**
13800 Coppermine Road, 1st Floor
Herndon, VA 20171

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,433.78** |
|---|---|---|---|

**Kastle Systems, LLC**
4848 Little Falls Road
Arlington, VA 22207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Golden Key Group, LLC**                    Case number *(if known)*  **23-10414-MCR**
_____                                    _____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,899.74 |

**Knowledge Bank, Inc.**
**107 Wirt Street, NW**
**Leesburg, VA 20176**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |

**Langstaff, Valerie H.**
**813 Concord Place**
**Lansdale, PA 19446**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **obligation for reimbursement of business expenses**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |

**Leadership Connect, Inc.**
**1407 Broadway, Suite 318**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **trade ebt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $621,964.80 |

**Libertas Funding LLC**
**411 West Putnam Avenue, Suite 220**
**Taftville, CT 06380**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/2/22**
Last 4 digits of account number  **5641**

Basis for the claim:  **accounts receivable funding**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263,284.08 |

**Lindholm & Associates, Inc.**
**1225 Hollidge Road**
**Lusby, MD 20657-2682**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,508.35 |

**Lukaskiewicz, William**
**315 5th Avenue #23**
**Manistee, MI 49660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **obligation for reimbursement of business expenses**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,839.38 |

**M&T Bank**
**Legal Document Processing**
**626 Commerce Drive**
**Amherst, NY 14228-2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/22**
Last 4 digits of account number  **1108**

Basis for the claim:  **line of credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Golden Key Group, LLC**                     Case number (if known)    **23-10414-MCR**
_____
Name

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,798.50** |
|---|---|---|---|

**Management Analysis Technologies, Inc.**
**30 Town & Country Drive, Suite 100**
**Fredericksburg, VA 22405-8722**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | **$111,618.00** |
|---|---|---|---|

**Management Concepts, LLC**
**8230 Leesburg Pike, Suite 800**
**Vienna, VA 22182**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | **$803,564.87** |
|---|---|---|---|

**Manpower Group Public Sector, Inc.**
**6400 Arlington Boulevard, Suite 300**
**Falls Church, VA 22042**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | | **$8,463.54** |
|---|---|---|---|

**McCracken, Gretchen L.**
**6403 Deepwood Farm Drive**
**Clifton, VA 20124**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __obligation for reimbursement of business expenses__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | **$104.25** |
|---|---|---|---|

**McGregor, Michael**
**140 West Washington Street, Suite 415**
**Louisville, KY 40202**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __obligation for reimbursement of business expenses__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**McKisick, David William**
**10667 Brightman Boulevard, Apt. 2101**
**Jacksonville, FL 32246**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Melissa Marshall Consulting, LLC**
**23158 Cannon Ridge Lane**
**Middleburg, VA 20117**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __consulting__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor  **Golden Key Group, LLC**                                    Case number *(if known)*  **23-10414-MCR**
_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mercedes Benz Financial Services USA LLC**
**P. O. Box 997542**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Leased vehicle - 2020 Mercedes-Benz S560 ($2,597.88 monthly payment)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MG Independent Consulting**
**721 South 24th Street**
**Grand Forks, ND 58201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,168.67 |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.67 |
|---|---|---|---|

**Military Hire**
**17 South Main Street**
**Akron, OH 44308**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,871.54 |
|---|---|---|---|

**Mittal, Komal**
**5381 Harrow Lane**
**Fairfax, VA 22030**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **obligation for reimbursement of business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Molden, Charles**
**33219 Puffin Street**
**Temecula, CA 92592**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.55 |
|---|---|---|---|

**Monster**
**P. O. Box 90364**
**Chicago, IL 60696-0364**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Golden Key Group, LLC**     Case number *(if known)*   **23-10414-MCR**
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |
|---|---|---|---|

**Moravec, Philip**
**6 Everturn Circle**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **obligation for reimbursement of business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,590.00** |
|---|---|---|---|

**Moss, Michelle L.**
**407 Ashby Street**
**Summerville, SC 29486-0414**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Muccio, Aida M.**
**1871 Senova Trace**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NeuroLeadership Institute, Inc.**
**165 Broadway, Suite 2301**
**New York, NY 10006-1428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289,132.95** |
|---|---|---|---|

**OBAN Corporation**
**8300 Boone Boulevard, Suite 500**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00** |
|---|---|---|---|

**Omega Plus**
**c/o McDonald & McDonald Tax Enterprise**
**100 Maverick Drive**
**Harvest, AL 35749**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**ParkX Management**
**1900 Reston Metro Plaza, 10th Floor**
**Fairfax, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Golden Key Group, LLC** | | Case number (*if known*) | **23-10414-MCR** |
|---|---|---|---|---|

Name

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patricia Day Williams & Associates, LLC**
**222 North Valley Road**
**Amherst, MA 01002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$701,673.95** |
|---|---|---|---|

**Peraton Inc.**
**12975 Worldgate Drive**
**Herndon, VA 20170-6008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,368.01** |
|---|---|---|---|

**Peterson, Christine**
**934 Hickory Drive**
**Vine Grove, KY 40175**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  obligation for reimbursement of business expenses

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,500.00** |
|---|---|---|---|

**Propaganda3**
**519 Avenida Cesar E. Chavez**
**Kansas City, MO 64108**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$610.81** |
|---|---|---|---|

**Quadient, Inc.**
**478 Wheelers Farms Road**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,563.89** |
|---|---|---|---|

**Rick Huntley Consulting, LLC**
**3612 Wright Terrace NE**
**Washington, DC 20018**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  consulting

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert B. "Abe" Abrams, LLC**
**14601 Francis Road**
**Liberty, MO 64068**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Golden Key Group, LLC**
Name

Case number *(if known)* **23-10414-MCR**

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$508.85** |
|---|---|---|---|

**Rudolph Supply**
**6610 Amberton Drive, Suite 400**
**Elkridge, MD 21075**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$582.44** |
|---|---|---|---|

**Salmoiraghi, Jessica**
**211 West Greenway Boulevard**
**Falls Church, VA 22046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  obligation for reimbursement of business expenses

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Schultheis, Nicole**
**64 Bryans Mill Way**
**Catonsville, MD 21228**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,150.00** |
|---|---|---|---|

**SDL Consulting**
**8280 Willow Oaks Corporate Drive Suite 6**
**Fairfax, VA 22031**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,011.50** |
|---|---|---|---|

**Serco, Inc.**
**12930 Worldgate Drive, Suite 600**
**Herndon, VA 20170-6027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**ServiceMaster NCR**
**7551 Fordson Road**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,265.46** |
|---|---|---|---|

**Shankle, Thomas**
**3325 Cobbs Circle**
**Palm Harbor, FL 34684**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  obligation for reimbursement of business expenses

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Golden Key Group, LLC** | Case number *(if known)* | **23-10414-MCR** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148.21** |
|---|---|---|---|

**Shred Instead**
P. O. Box 33247
Raleigh, NC 27636-5030

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,402.92** |
|---|---|---|---|

**Snowbird Consulting Group**
294 M Street, SW
Washington, DC 20024

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,850.00** |
|---|---|---|---|

**Sorrells Advisory Group, LLC**
1105 Eventide Boulevard
Wilmington, NC 28411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,198.00** |
|---|---|---|---|

**SouthBank Legal**
100 E Wayne Street, Suite 300
South Bend, IN 46601

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  legal fees

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,120.00** |
|---|---|---|---|

**Sparks Group**
P. O. Box 37256
Baltimore, MD 21297-3256

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,658.10** |
|---|---|---|---|

**TechnoMile, LLC**
1861 International Drive, Suite 270
Mc Lean, VA 22102

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,319.21** |
|---|---|---|---|

**The Clearing, Inc.**
1250 Connecticut Avenue NW, Suite 625
Washington, DC 20036

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Golden Key Group, LLC**
_____
Name

Case number _(if known)_ **23-10414-MCR**

| | |
|---|---|
| **3.106** | **Nonpriority creditor's name and mailing address** |

**The Infosoft Group LLC dba Circa**
**1000 North Water Street, Suite 1200**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **software**

Is the claim subject to offset? ■ No ☐ Yes

$2,042.50

---

| | |
|---|---|
| **3.107** | **Nonpriority creditor's name and mailing address** |

**Thompson & Co. Consulting**
**5426 Bass Place, SE**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$893.75

---

| | |
|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address** |

**Towe, Virginia M.**
**337 Anniston Drive**
**Point Pleasant, WV 25550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Unknown

---

| | |
|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** |

**Vista Development**
**RE/MAX Executive Group, Inc.**
**Attn: Jeanne Brashear**
**100 Chase Way, Suite 1**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

| | |
|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** |

**Visual Edge**
**3874 Highland Park, NW**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$20.59

---

| | |
|---|---|
| **3.111** | **Nonpriority creditor's name and mailing address** |

**Xerox Financial Services**
**P. O. Box 202882**
**Dallas, TX 75320-2882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$16.14

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Golden Key Group, LLC** | Case number (*if known*) | **23-10414-MCR** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Communication Technologies, Inc.**<br>**c/o Edward J. Tolchin, Esquire**<br>**Offit Kurman, P.A.**<br>**7501 Wisconsin Avenue, Suite 1000W**<br>**Bethesda, MD 20814** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CRS Commerce Center, LC**<br>**Comstock Holding Companies, Inc.**<br>**Attn: Timothy Steffan, EVP**<br>**1900 Reston Metro Plaza, 10th Floor**<br>**Reston, VA 20190** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **M&T Bank**<br>**Attn: Bankruptcy**<br>**P. O. Box 844**<br>**Buffalo, NY 14240** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 79,505.78 |
| 5b. Total claims from Part 2 | 5b.  + | $ 14,099,996.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 14,179,502.48 |

**Fill in this information to identify the case:**

Debtor name   **Golden Key Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **23-10414-MCR**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Career Management and Field Training** | |
| | State the term remaining | **end date 6/15/25** | **Army National Guard**<br>**111 South George Mason Drive**<br>**Arlington, VA 22204** |
| | List the contract number of any government contract | **W15QKN20F0518-SUB-GKG** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **MAT Inc-Army National Guard (ARNG) RPP** | |
| | State the term remaining | **end date 12/31/23** | **Army National Guard**<br>**111 South George Mason Drive**<br>**Arlington, VA 22204** |
| | List the contract number of any government contract | **R-MAS-0126_0024-GKG 01** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **ATF HROSS** | |
| | State the term remaining | **end date 7/31/25** | **Athena Technology Group - ATF**<br>**171 Elden Street, Suite 212**<br>**Herndon, VA 20170** |
| | List the contract number of any government contract | **S004-08-20-001** | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 6110 Executive Boulevard, Suite 207, Rockville, MD** | |
| | State the term remaining | | **BSREP II MD Office Executive Blvd. LLC**<br>**P. O. Box 76139**<br>**Baltimore, MD 21275-6120** |
| | List the contract number of any government contract | | |

Debtor 1 **Golden Key Group, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)   **23-10414-MCR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **lease for two copiers** | |

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **lease for two copiers**

State the term remaining

List the contract number of any government contract

**CIT Bank, N.A.**
**10201 Centurion Parkway North, Suite 100**
**Jacksonville, FL 32256**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **lease for 1850 Centennial Park Drive, Suite 200, Reston, VA**

State the term remaining — **expires 5/31/32**

List the contract number of any government contract

**CRS Commerce Center, LC**
**CMC III Depository**
**1886 Metro Center Drive, Suite 400**
**Reston, VA 20190**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **DIA TO1**

State the term remaining — **end date 9/5/27**

List the contract number of any government contract — **HHM402-22-D-0007/0002**

**Defense Intelligence Agency**
**Office of Corporate Communications**
**7400 Pentagon**
**Washington, DC 20301**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **ICE HR Operational Support Services**

State the term remaining — **end date 8/4/25**

List the contract number of any government contract — **70CMSD20FR0000038**

**Department of Homeland Security**
**2707 Martin Luther King Jr. Avenue SE**
**Washington, DC 20528-0525**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **DEA HR Support Service**

State the term remaining — **end date 9/27/27**

List the contract number of any government contract — **15DDHQ22F00001215**

**Drug Enforcement Administration**
**800 K Street NW, Suite 500**
**Washington, DC 20001**

---

Debtor 1 **Golden Key Group, LLC**                                    Case number (*if known*)  **23-10414-MCR**
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement of Sale of Future Receipts (dated as of 05/31/2022)** | |
|---|---|---|---|
| | State the term remaining | | **Libertas Funding LLC** |
| | List the contract number of any government contract | **337335** | **411 West Putnam Avenue, Suite 220 Taftville, CT 06380** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **lease for Mercedes S560** | |
|---|---|---|---|
| | State the term remaining | **expires 8/22/25** | **Mercedes Benz Financial Services USA LLC** |
| | List the contract number of any government contract | | **P. O. Box 997542 Sacramento, CA 95899** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **NIH ODEO Strategic Workforce Management** | |
|---|---|---|---|
| | State the term remaining | **end date 8/16/24** | **National Institutes of Health** |
| | List the contract number of any government contract | **75N98021F00265** | **10 Center Drive Bethesda, MD 20814** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **NIH CIT Employee Engagement** | |
|---|---|---|---|
| | State the term remaining | | **National Institutes of Health** |
| | List the contract number of any government contract | **75N97020F00002** | **10 Center Drive Bethesda, MD 20814** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **National Cancer Institute R499 Sup Professional** | |
|---|---|---|---|
| | State the term remaining | **end date 12/31/22** | **National Institutes of Health** |
| | List the contract number of any government contract | **75N91022F00026** | **10 Center Drive Bethesda, MD 20814** |

Debtor 1  **Golden Key Group, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **23-10414-MCR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **NIH OHR BPA TO 2** | |
|---|---|---|---|
| | State the term remaining | **end date 9/25/24** | **National Institutes of Health** |
| | List the contract number of any government contract | **75N98019A00062/75N98 019F00837** | **10 Center Drive Bethesda, MD 20814** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **NIH OHR BPA TO 5** | |
|---|---|---|---|
| | State the term remaining | **end date 9/29/24** | **National Institutes of Health** |
| | List the contract number of any government contract | **75N98019A00062/75N98 019F00835** | **10 Center Drive Bethesda, MD 20814** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 8400 Corporate Drive, Suite 300, Landover, MD** | |
|---|---|---|---|
| | State the term remaining | **expires 11/30/31** | **PDC Metro East** |
| | List the contract number of any government contract | | **c/o Edge Commercial Real Estate 2273 Research Boulevard, Suite 150 Rockville, MD 20850** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 4805 Stonecroft Boulevard, Chantilly, VA** | |
|---|---|---|---|
| | State the term remaining | **expires 10/31/26** | **Stonecroft Place LLC** |
| | List the contract number of any government contract | | **3074 Centreville Road, Suite 100 Herndon, VA 20171** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **DoC PP&B Shared and Managed Service Center** | |
|---|---|---|---|
| | State the term remaining | **end date 10/6/26** | **U.S. Department of Commerce** |
| | List the contract number of any government contract | **1331L521D13ES0002** | **1401 Constitution Avenue NW Washington, DC 20230** |

Debtor 1 **Golden Key Group, LLC**  Case number (*if known*) **23-10414-MCR**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest → **DoC TA Order** | |
| State the term remaining → **end date 2/2/23** | **U.S. Department of Commerce** |
| List the contract number of any government contract → **1331L522F13ES0428** | **1401 Constitution Avenue NW** **Washington, DC 20230** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest → **NOAA Investigative Services** | |
| State the term remaining → **7/10/27** | **U.S. Department of Commerce** |
| List the contract number of any government contract → **1305M418ANAAA0004** | **1401 Constitution Avenue NW** **Washington, DC 20230** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest → **NOAA Nursing Mothers** | |
| State the term remaining → **4/5/25** | **U.S. Department of Commerce** |
| List the contract number of any government contract → **1305M422FNAAA0045** | **1401 Constitution Avenue NW** **Washington, DC 20230** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest → **CIO EEPS (Subcontract under Analytic Services, Inc., Prime HQ0034-18-D-0016/HQ0 034-22-F-0027)** | |
| State the term remaining → **end date 2/28/27** | **U.S. Department of Defense** |
| List the contract number of any government contract → **Subcontract #S-18-025-GKG** | **1100 Defense Pentagon** **Washington, DC 20301-1100** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest → **ANSER CIO EEPS** | |
| State the term remaining → **end date 2/28/23** | **U.S. Department of Defense** |
| List the contract number of any government contract → | **1100 Defense Pentagon** **Washington, DC 20301-1100** |

Debtor 1  **Golden Key Group, LLC**                                    Case number (*if known*)  **23-10414-MCR**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Army Reserve - USAR P3O Services (Suncontract under Goldbelt Glacier Health Services, Prime W9124721C0060)** | |
|---|---|---|---|
| | State the term remaining | **end date 9/29/23** | **U.S. Department of Defense** |
| | List the contract number of any government contract | **Subk GGHS2021-005** | **1100 Defense Pentagon Washington, DC 20301-1100** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Army - Army ROTC** | |
|---|---|---|---|
| | State the term remaining | **end date 8/1/25** | **U.S. Department of Defense** |
| | List the contract number of any government contract | **R-MAS-0126_0024-GKG 01** | **1100 Defense Pentagon Washington, DC 20301-1100** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Army - Army MyService Benefits** | |
|---|---|---|---|
| | State the term remaining | **end date 6/13/24** | **U.S. Department of Defense** |
| | List the contract number of any government contract | **W15QKN-19-F-0752** | **1100 Defense Pentagon Washington, DC 20301-1100** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Army - Army ARD (Sub to Strategy Consulting)** | |
|---|---|---|---|
| | State the term remaining | **end date 7/27/27** | **U.S. Department of Defense** |
| | List the contract number of any government contract | **W15QKN-19-D-0053-SU B-GKG** | **1100 Defense Pentagon Washington, DC 20301-1100** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **PD Classification** | |
|---|---|---|---|
| | State the term remaining | **end date 2/28/23** | **U.S. Department of Justice** |
| | List the contract number of any government contract | **15JA7222F00000005** | **950 Pennsylvania Avenue, NW Washington, DC 20530-0001** |

Debtor 1 **Golden Key Group, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **23-10414-MCR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **DoS HR Resource Services** | |
|---|---|---|---|
| | State the term remaining | **end date 9/27/26** | **U.S. Department of State**<br>**2201 C Street, NW**<br>**Washington, DC 20520** |
| | List the contract number of any government contract | **GS02Q16DCR0051** | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **DoT MARAD Admin Assistance (Admin 1102 and Financial 1103)** | |
|---|---|---|---|
| | State the term remaining | **end date 5/23/23** | **U.S. Department of Transportation**<br>**1200 New Jersey Avenue SE**<br>**Washington, DC 20590** |
| | List the contract number of any government contract | **693JF720F000005/693J F720F000004** | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **DoT MARAD Civil Engineer** | |
|---|---|---|---|
| | State the term remaining | **end date 5/23/23** | **U.S. Department of Transportation**<br>**1200 New Jersey Avenue SE**<br>**Washington, DC 20590** |
| | List the contract number of any government contract | **693JF719F000001** | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **USAID NSC Training** | |
|---|---|---|---|
| | State the term remaining | **end date 3/31/23** | **US Agency for International Development**<br>**1300 Pennsylvania Avenue, NW**<br>**Washington, DC 20523** |
| | List the contract number of any government contract | **7200AA22P00008** | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **NIH NIAID Human Capital Management and Development Support Recompete** | |
|---|---|---|---|
| | State the term remaining | **end date 8/31/27** | **US DoHHS - National Institute of Health**<br>**2115 East Jefferson Street**<br>**MSC 8500 Suite 4B432**<br>**Bethesda, MD 20892-8500** |
| | List the contract number of any government contract | **75N93022D00022** | |

Debtor 1  **Golden Key Group, LLC**                                      Case number (*if known*)  **23-10414-MCR**
      First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 100 Vineland Centre Drive, Suites 8&9, Vine Grove, KY** | |
|---|---|---|---|
| | | | **Vista Development RE/MAX Executive Group, Inc. Attn: Jeanne Brashear 100 Chase Way, Suite 1 Elizabethtown, KY 42701** |
| | State the term remaining | **expires 8/1/25** | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Golden Key Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **23-10414-MCR**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Gretchen L. McCracken | 6403 Deepwood Farm Drive Clifton, VA 20124 | A/R Funding, Inc. | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Gretchen L. McCracken | 6403 Deepwood Farm Drive Clifton, VA 20124 | M&T Bank | ☐ D _____<br>■ E/F  **3.63**<br>☐ G _____ |
| 2.3 | Gretchen L. McCracken | 6403 Deepwood Farm Drive Clifton, VA 20124 | Mercedes Benz Financial Services USA LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Gretchen L. McCracken | 6403 Deepwood Farm Drive Clifton, VA 20124 | Libertas Funding LLC | ☐ D _____<br>■ E/F  **3.60**<br>☐ G _____ |
| 2.5 | to be determined | | American Express | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |

Debtor    **Golden Key Group, LLC**                                Case number *(if known)*    **23-10414-MCR**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name    **Golden Key Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **23-10414-MCR**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 8, 2023**    X **/s/ Gretchen McCracken**
Signature of individual signing on behalf of debtor

**Gretchen McCracken**
Printed name

**CEO & Managing Partner**
Position or relationship to debtor